IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENNETH WASHINGTON, SR.                                    PLAINTIFF

v.                          No. 4:24-cv-772-DPM

CUMBERLAND STREET OPERATING,
LLC, d/b/a Blossoms at Cumberland
Rehab & Nursing Center;  PINE TREE
HOLDING, LLC;  JOHN DOES, 1-10,
Unknown Defendants;  KATHERINE
ADAMS                                                      DEFENDANTS

ORDER

Washington's unopposed motion to remand, *Doc. 11*, is granted. Washington is an Arkansawyer; the new defendant, Katherine Adams, is, too.  Adams has been served.  This Court therefore lacks subject matter jurisdiction. *Wullschleger v. Royal Canin U.S.A., Inc.*, 75 F.4th 918, 923 (8th Cir. 2023), *cert. granted*, 144 S. Ct. 1455 (2024).

The case is remanded to the Circuit Court of Pulaski County, Arkansas.  28 U.S.C. § 1447(c).  The Court declines to impose costs or fees. *Convent Corp. v. City of North Little Rock*, 784 F.3d 479, 482-83 (8th Cir. 2015).

-2-

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

1 November 2024